# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 31, 2015

Mr. Justin Caine Harrell
H2 Law, L.L.C.
1100 Poydras Street
Suite 2900
New Orleans, LA 70136-0000

    No. 15-30615   Alvin Hyman, Jr. v. Burl Cain, Warden
    USDC No. 2:14-CV-1123

Dear Mr. Harrell,

Before this appeal can proceed you must apply for a certificate of appealability (COA) to comply with 28 U.S.C. § 2253. If you wish to proceed, address your application for COA to this court. Also send a separate brief supporting the application. In the brief set forth the issues, clearly give supporting arguments and make appropriate record citations. Your "application for COA" and "brief in support" together may not exceed the length limitations set forth in FED R. APP. P. 32(a)(7). You must electronically file your documents within 40 days from the date of this letter. If you do not do so we will dismiss the appeal, see 5TH CIR. R. 42. Note that 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 provides the general sense of the court on the disposition of a variety of matters, which includes that except in the most extraordinary circumstances, the <u>maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.</u>

### New Guidance Regarding Citations in Pleadings.

The court has approved an amendment to 5TH CIR. R. 28.2.2 granting the Clerk the authority to create a standard format for citation to the electronic record on appeal. You must use the new citation format when citing to the electronic record on appeal.

    A. In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number. For example, "ROA.123."

    B. For multiple record cases, cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record referenced, followed by a period, followed by the page of the record. For example, "ROA.13-12345.123."

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number. If you wish to receive exhibits, you must specifically request them. The district court will charge your account for shipping you the record on appeal. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. CJA counsel may add these shipping fees to their vouchers.

**Once you obtain the record, you should check it within 10 days of receipt for any missing or incomplete items. If you need to request a supplemental record or order transcripts, do so promptly. The court will not grant extensions of time to file your application for COA and brief in support because you did not timely check the record.**

By copy of this letter, we advise counsel for respondent-appellee that no response to the application and brief is required.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/Sabrina Short
Sabrina Short, Deputy Clerk
504-310-7817

cc:
    Ms. Andrea F. Long

Case No. 15-30615


ALVIN CHRISTOPHER HYMAN, JR.,

                Petitioner - Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

                Respondent - Appellee